IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

| | |
|---|---|
| NATHANIEL CHAPMAN AND ) <br> PRINCESS "SHELLI" CHAPMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILSON H. HORSLEY, M.D , ) <br> HORSLEY EYE CENTER P.C., ) <br> CLEAR VISION EYE CENTER, INC. ) <br> AND HORSLEY EYE CLINIC, P.C. ) <br> ) <br> Defendants ) | CASE NO. 1-09-CV-10325-JGD |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CLAIMS AGAINST DEFENDANTS, WILSON H. HORSLEY, M.D., HORSLEY EYE CENTER, P.C. AND HORSLEY EYE CLINIC, P.C.**

Now come the parties to the above-entitled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that all claims asserted in the above-entitled action against the defendants Wilson H. Horsley, M.D., Horsley Eye Center, P.C. and Horsley Eye Clinic, P.C., shall be dismissed with prejudice, with each party to bear his/her/its own costs and attorneys fees, and with all rights of appeal waived.

| The Plaintiffs, | The Defendant, |
|---|---|
| Nathaniel Chapman and | Wilson H. Horsley, M.D. |
| Princess "Shelli" Chapman, | By his Attorneys, |
| By Their Attorneys, | |

  /s/ Jeffrey N. Catalano_____    /s/ Michael B. Barkley_____
Jeffrey N. Catalano, BBO#567798     Ellen Epstein Cohen, BBO#543136
Todd & Weld, LLP                    Michael B. Barkley, BBO#657642
28 State Street                     Adler│Cohen│Harvey│Wakeman
Boston, MA 02109                      │Guekguezian, LLP
617-720-2626                        75 Federal Street, 10th Floor
jcatalano@toddweld.com              Boston, MA 02110
                                    ecohen@adlercohen.com
                                    mbarkley@adlercohen.com

  /s/ Todd J. Krouner_____   The Defendants,
Todd J. Krouner, *Pro Hac Vice*     Horsley Eye Center, P.C.,
Law Office of Todd J. Krouner       Horsley Eye Clinic, P.C., and
93 North Greeley Avenue             Clear Vision Eye Center, Inc.
Chappaqua, NY  10514                By their Attorney,
914-238-5800
tkrouner@krounerlaw.com
                                      /s/ J. Peter Kelley_____
                                    J. Peter Kelley, BBO#599588
                                    Foster & Eldridge, LLP
                                    One Canal Park, Suite 2100
                                    Cambridge, MA  02141
                                    617-252-3366
                                    pkelley@fosteld.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document will be served electronically to

the attorney of record for each party via the ECF system.

11/24/10_____               /s/ Michael B. Barkley_____
Date                                Michael B. Barkley