UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATHANIAL CHAPMAN AND | : | |
| PRINCESS SHELLI CHAPMAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. NO 1:09-cv-10325-JGD |
| WILSON H. HORSLEY, M.D., | : | |
| HORSLEY EYE CENTER, P.C. | : | |
| CLEAR VISION EYE CENTER, INC., | : | |
| HORSLEY EYE CLINIC, P.C. | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CLAIMS AGAINST DEFENDANT, CLEAR VISION EYE CENTER, INC.**

Now come the parties to the above-entitled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that all claims asserted in the above-entitled action against the defendant Clear Vision Eye Center, Inc., shall be dismissed with prejudice, with each party to bear his/her/its own costs and attorneys fees, and with all rights of appeal waived.

No payment has been made on behalf of Clear Vision Eye Center, Inc. in consideration for this dismissal.

The Plaintiffs,
Nathaniel Chapman and
Princess "Shelli" Chapman,
By Their Attorneys,


 /s/ Jeffrey N. Catalano
Jeffrey N. Catalano, BBO#56779
Todd & Weld, LLP
28 State Street
Boston, MA 02109
617-720-2626
jcatalano@toddweld.com


 /s/ Todd J. Krouner
Todd J. Krouner, *Pro Hac Vice*
Law Office of Toff J. Krounder
93 North Greeley Avenue
Chappaqua, NY 10514
914-238-5800
tkrouner@krounerlaw.com

The Defendants,
Horsley Eye Center, P.C.,
Horsley Eye Clinic, P.C., and
Clear Vision Eye Center, Inc.
By their Attorney,


 /s/ J. Peter Kelley
J. Peter Kelley, BBO #599588
Foster & Eldridge, LLP
One Canal Park, Suite 2100
Cambridge, MA 02141
617-252-3366
pkelley@fosteld.com


The Defendant,
Wilson H. Horsley, M.D.
By his Attorneys,


 /s/ Michael B. Barkley
Ellen Epstein Cohen, BBO#543136
Michael B. Barkley, BBO#657642
Adler | Cohen | Harvey | Wakeman
| Guekguezian, LLP
Boston, MA 02109
75 Federal Street, 10th Floor
Boston, MA 02110
ecohen@adlercohen.com
mbarkley@adlercohen.com


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document will be served
electronically to the attorney of records for each party via the ECF system.


 11/24/2010
Date

 /s/ J. Peter Kelley
J. Peter Kelley